UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVEN FRANCIS D'AMICO,

    Plaintiff,

v.                                                       Case No. 1:23cv53-MW-HTC

RONALD DESANTIS, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On March 15, 2023, the Court ordered Plaintiff to, within twenty-one days, file: (1) either a notice of voluntary dismissal or a complaint that is clearly written and complies with the instructions set forth on the complaint form; and (2) either a complete motion to proceed *in forma pauperis* or the $402 filing fee. ECF Doc. 3. The March 15 Order warned Plaintiff that his failure to comply with it could result in a recommendation that this case be dismissed. After Plaintiff failed to comply with the March 15 Order within the allotted time, the Court ordered him on April 11, 2023, to show cause within fourteen days why this case should not be dismissed due to his failure to comply with the March 15 Order. ECF Doc. 4. To date, Plaintiff has not responded to the April 11 Order or complied with the March 15 Order.[1]

---

[1] Plaintiff did file an objection to the March 15 Order, ECF Doc. 5, which the District Judge rejected on April 12, 2023, ECF Doc. 6.

Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1.  That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute and failure to comply with Court orders.

2.  That the clerk close the file.

At Pensacola, Florida, this 2nd day of May, 2023.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.

Case No. 1:23cv53-MW-HTC