IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

STEVEN FRANCIS D'AMICO,

   *Plaintiff*,

v.                                                             Case No.: 1:23cv53-MW/HTC

RONALD DESANTIS, et al.,

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** due to Plaintiff's failure to prosecute and failure to comply with Court orders." The Clerk shall close the file.

**SO ORDERED** on June 1, 2023.

                                                  s/Mark E. Walker                
                                                  **Chief United States District Judge**